UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASTION TECHNOLOGIES, INC., | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 4:23-cv-03496 |
| HAMILTON SUNDSTRAND SPACE SYSTEMS INTERNATIONAL, INC., | | |
| *Defendant.* | | |

**<u>DEFENDANT HAMILTON SUNDSTRAND SPACE SYSTEMS INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

TO THE COURT AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel of record for Defendant Hamilton Sundstrand Space International, Inc., certifies based on current knowledge as follows:

1. Hamilton Sundstrand Space Systems International, Inc. d/b/a Collins Aerospace is owned by Hamilton Sundstrand Corporation, Sumitomo Corporation of Americas, and Sumitomo Corporation.

2. Hamilton Sundstrand Corporation is wholly owned by RTX Corporation (RTX), a public company traded on the New York Stock Exchange. No individual or company owns more than 10% of RTX's stock.

3. Sumitomo Corporation of Americas is wholly owned by Sumitomo Corporation. Sumitomo Corporation has no parent corporation, and no publicly held corporation owns more than 10% of Sumitomo Corporation.

1

Dated: September 29, 2023

                                        Respectfully submitted,

                                        /s/ *Andrew S. Hicks*
                                        Andrew S. Hicks (Attorney-in-Charge)
                                        State Bar No. 24032419
                                        S.D. Texas Bar No. 30625
                                        Schiffer Hicks Johnson PLLC
                                        700 Louisiana Street, Suite 2650
                                        Houston, Texas 77002
                                        Tel: (713) 357-5150
                                        Fax: (713) 357- 5160
                                        Email: ahicks@shjlawfirm.com

Of Counsel:

Adam M. Dinnell
State Bar No. 24055405
S.D. Texas Bar No. 3175195
Lori Arakaki
CA Bar No. 315119
S.D. Tex. Bar No. 3860377
Schiffer Hicks Johnson PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002
Tel: (713) 357-5150
Fax: (713) 357-5160
Email: adinnell@shjlawfirm.com
Email: larakaki@shjlawfirm.com

***Attorneys for Defendant Hamilton***
***Sundstrand Space Systems International, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, a true and correct copy of the foregoing document was served in accordance with Rule 5 of the Federal Rules of Civil Procedure by electronic filing on counsel of record for the party listed below:

Chris Reynolds
Thallia Malespin
REYNOLDS FRIZZELL LLP
1100 Louisiana, Suite 3500
Houston, Texas 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
creynolds@reynoldsfrizzell.com
tmalespin@reynoldsfrizzell.com

***Attorneys for Plaintiff***
***Bastion Technologies, Inc.***

                                              /s/ *Andrew S. Hicks*
                                              Andrew S. Hicks