United States District Court
Southern District of Texas
**ENTERED**
October 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASTION TECHNOLOGIES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-3496 |
| § | |
| HAMILTON SUNDSTRAND § | |
| SPACE SYSTEMS § | |
| INTERNATIONAL, INC., § | |
| § | |
| Defendant. § | |

## **FINAL JUDGMENT**

BE IT REMEMBERED on this date the Court considered the above-style cause and now enters the following final judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Hamilton Sundstrand Space Systems International, Inc.'s Motion to Dismiss [Dkt. No. 11] is GRANTED in all respects; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Bastion Technologies, Inc.'s First Amended Complaint [Dkt. No. 9] and all claims asserted therein are DISMISSED WITH PREJUDICE to refiling; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this constitutes final judgment of this cause under Federal Rule of Civil Procedure 54; and

IT IS FINALLY ORDERED, ADJUDGED, AND DECREED that cost and fees shall be borne by the party incurring the same.

SIGNED this the 10th day of October, 2024

_____
The Honorable Alfred H. Bennett
United States District Judge